**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Pedro ALVAREZ, Defendant— Appellant.**

**No. 04–10127.**

United States Court of Appeals, Ninth Circuit.

Submitted: June 3, 2005.*

Decided: June 10, 2005.

Kevin P. Rooney, AUSA, Office of the U.S. Attorney, Fresno, CA, for Plaintiff-Appellee.

Katherine L. Hart, Esq., Law Offices of Katherine L. Hart, Fresno, CA, for Defendant-Appellant.

Before: KLEINFELD, HAWKINS, and GRABER, Circuit Judges.

### ORDER **

This court deferred submission of this matter pending the decision in *United*

---

* This panel unanimously finds this case suitable for decision without oral argument. Fed. R.App. P. 34(a)(2).

*States v. Ameline,* 409 F.3d 1073 (9th Cir. 2005) (en banc). This case is now submitted for decision as of June 3, 2005, and remanded to the district court for consideration in light of *United States v. Booker,* — U.S. ——, 125 S.Ct. 738, 160 L.Ed.2d 621 (2005), under the procedures established in *Ameline,* 409 F.3d 1073.

---

* The Honorable Jane A. Restani, Chief Judge, United States Court of International Trade, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the